In the Matter of the Application of JOSEPH FEINSON against THE BOARD OF ELECTIONS OF THE CITY OF NEW YORK and WILLIAM F. THOMPSON.— Order affirmed, without costs. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Jaycox, JJ., concurred.

In the Matter of the Application of ARTHUR E. KEATING, Appellant, for an Order Directing THE BOARD OF ELECTIONS OF THE CITY OF NEW YORK to Reject and Disallow Certain Ballots, etc.— Order affirmed, without costs. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Jaycox, JJ., concurred.

## FOURTH DEPARTMENT, AUGUST, 1918.

CARRIER ENGINEERING CORPORATION, Respondent, v. INTERNATIONAL MANUFACTURING COMPANY, LTD., Appellant.— Appeal dismissed, without costs, upon stipulation filed.

EXCHANGE NATIONAL BANK OF OLEAN, Respondent, v. ESTHER B. SHERIDAN and Another, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of WILLIAM FOLTS, Justice of the Peace of Great Valley, Cattaraugus County.— Proceeding dismissed, it appearing that defendant has resigned his office and has filed a statement of allegiance.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE POMESKA, Appellant.— Appeal dismissed upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY DE DONA, Appellant.— Appeal dismissed upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST E. FERRERS, Appellant.— Appeal dismissed upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRENE HAYES, Appellant.— Appeal dismissed upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH DI PASQUALE, Appellant.— Appeal dismissed upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD E. GRIMMELL, Appellant.— Appeal dismissed upon stipulation filed.

In the Matter of the Application of IRVING C. H. COOK and Others, Appellants, for the Resubmission of Local Option Questions in Town of Byron, Genesee County, under Section 13 of the Liquor Tax Law.* James Lynch and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted; directing a resubmission of the local option questions upon the authority of *Matter of Peters* v. *Sisson* (183 App. Div. 286; affd., 224 N. Y. 554). All concurred.